# UNITED STATES DISTRICT COURT

for the

Middle District of TN,

Nashville Division

**RECEIVED**

SEP 1 2 2025

**U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN**

Thomas W. Smith

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Lynsey Fish

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:25-cv-01034    Document 1    Filed 09/12/25    Page 1 of 14 PageID #: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Thomas W. Smith
_____
Plaintiff(s),

v.

Lynsey Fish
_____
Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case Number _____

Judge _____

Magistrate Judge _____

Civil Rights Violation
_____
(Type of Pleading)

May, 2023 the Defendant (Fish) perjuried herself in General Sessions court stating that the Plaintiff (Smith) Attacked her at Centennial Hospital. Body Cam footage Afterwards, she was Asked of a description of her Attacker. Facial Hair, beard or goatee. she stated, full Beard. The Plaintiff (Smith) can not physically grow a beard, goatee yes, beard NO.

Accused because of a Tresp. of the Hospital in Apr. 2023. in which The Plaintiff (Smith) was Deni'D

Case 3:25-cv-01034    Document 1    Filed 09/12/25    Page 2 of 14 PageID #: 2

Due Process. Never had court date in General Sessions to resolve this Misdemeanor. That's a Civil Right Violation

I have been Mis Identified knowingly by the Defendant (Fish) - None of my mugshots show me having a beard - The Defendant had Excess to All of The Plaintiffs (Smith) mugshots. The Plaintiff has been detained since May 2023 due the Defendant (Fish) false accusation thus she Perjuried herself in General Sessions Court.
The Plaintiff is requesting $100,000.00 for pain and Suffering and punitive damages for this Violation of My Civil Rights

_____

(Signature)

Thomas Smith

(Print Name)

D.C. S. Op. Box 196383
Nash, TN. 37219-

_____

(Address & Telephone Number, if any)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     *Thomas W. Smith*

All other names by which

you have been known:

ID Number     *138815*

Current Institution     *D.C. S.O*

Address     *P.O. Box 196383*

*NASH.*     *TN*     *37219*

         *City*         *State*        *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name     *Lynsey Fish*

Job or Title *(if known)*     *Security*

Shield Number

Employer     *Centennial Hospital*

Address     *2400 Patterson*

*NASH.*     *TN*     *37203*

         *City*         *State*        *Zip Code*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 2**

Name     *Dav. Co General Sessions Court*

Job or Title *(if known)*

Shield Number

Employer     *Davidson County*

Address     *Nash.*     *TN*

         *City*         *State*        *Zip Code*

☐ Individual capacity    ☐ Official capacity

Case 3:25-cv-01034     Document 1     Filed 09/12/25     Page 5 of 14 PageID #: 5

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*  _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Case 3:25-cv-01034   Document 1   Filed 09/12/25   Page 6 of 14 PageID #: 6

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

D.C.S.D.     Downtown

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No.

☑ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Case 3:25-cv-01034    Document 1    Filed 09/12/25    Page 7 of 14 PageID #: 7

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

None

2.   What did you claim in your grievance?

None

3.   What was the result, if any?

None

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

None

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

None

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

None

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

None

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)     _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐  Yes

☑  No

If no, give the approximate date of disposition.     _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 3:25-cv-01034     Document 1     Filed 09/12/25     Page 10 of 14 PageID #: 10

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Case 3:25-cv-01034    Document 1    Filed 09/12/25    Page 11 of 14 PageID #: 11

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____ *Thomas Smith* _____

Prison Identification # _____ *138815* _____

Prison Address _____ *DCSO P.O Box 196383* _____

_____ *Nash* _____ *TN* _____ *37219-6383* _____
City      State      Zip Code

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____ _____ _____
City      State      Zip Code

Telephone Number _____

E-mail Address _____

NAME Thomas Smith
OCA 138815
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

RECEIVED
SEP 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
9 SEP 2025 PM 3 L

FEDERAL CLERK Office
719 Church St. 1300 ste.
NASH Tel. 37203

NAME Thomas Smith
OCA 138815
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

RECEIVED
SEP 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
9 SEP 2025 PM 3 L

FEDERAL CLERK Office
719 Church St. Ste 1300
NASH Tel. 37203



SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT